UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-7853-AG (KK) | Date: | May 7, 2018 |

Title: *Anthony Shawn Woods v. City of Los Angeles, et al.*

---

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order Re: Order to Show Cause Re: Entry of Default

On December 5, 2017, Plaintiff Anthony Shawn Woods ("Plaintiff"), proceeding pro se and in forma pauperis, constructively filed his First Amended Complaint ("FAC"). ECF Docket No. ("Dkt.") 13. On January 26, 2018, after screening the FAC, the Court ordered service by the United States Marshal Service ("USMS") on defendants City of Los Angeles, Los Angeles Police Department, Los Angeles Sanitation Bureau, and Lt. FNU Mathis in his individual and official capacities. Dkts. 17, 18.

On April 12, 2018, defendants City of Los Angeles and Los Angeles Police Department filed an Answer to the FAC. Dkt. 32.

On April 19, 2018, the Court received Process Receipt and Return Forms for defendants Los Angeles Sanitation Bureau and Lt. Mathis in his individual and official capacities from the USMS certifying that service was executed on the defendants on March 22, 2018 and March 23, 2018 respectively. Dkts. 40, 41, 42. Therefore, a response to the FAC from defendant Los Angeles Sanitation Bureau was due on or before April 12, 2013 and from defendant Lt. Mathis on or before April 13, 2018. See Fed. R. Civ. P. 12(a)(1).

On April 27, 2018, the Court issued an Order to Show Cause Re: Default ordering Plaintiff to file a request for entry of default or show good cause in writing, if any exists, on or before May 25, 2018, why Plaintiff has not proceeded to seek an entry of default in this action as to defendants Los Angeles Sanitation Bureau and Lt. Mathis pursuant to Rule 55(a). Dkt. 44.

On May 1, 2018, Los Angeles Sanitation Bureau filed an Answer to the FAC. Dkt. 46.

On May 1, 2018, defendants City of Los Angeles, Los Angeles Police Department, and Los Angeles Sanitation Bureau filed a response to the Court's April 27, 2018 Order to Show Cause requesting that the Court "consider" that the USMS "Remarks" at the bottom of the Process Receipt and Return Form indicates that the Deputy Clerk "refused to accept service for both attempts to serve Lt. Mathis (in both his individual and official capacities)." Dkt. 47. Defendants appear to believe this "Remark" means that Lt. Mathis has not been properly served. Defendants cite no authority for this position. Service is sufficient if it is "reasonably calculated, under all the circumstances, to apprise [the] interested parties of the pendency of the action." Doe v. Qi, 349 F. Supp. 2d 1258, 1275 (N.D. Cal. 2004) (a parties' "refusal" to accept service has no effect on whether service is complete); see also Henderson v. United States, 517 U.S. 654, 672, 116 S. Ct. 1638, 134 L. Ed. 2d 880 (1996) ("core function" of service is to apprise defendant of an action "in a manner and at a time that affords the defendant a fair opportunity to answer the complaint and present defenses and objections."). At this time, there is nothing in the USMS Remarks that leads this Court to believe service was not completed as verified by the USMS on March 23, 2018.

Accordingly, the Court's Order to Show Cause as to the default of Lt. Mathis remains. **On or before May 25, 2018**, Plaintiff is ORDERED to file a request for entry of default or show good cause in writing, if any exists, why Plaintiff has not proceeded to seek an entry of default in this action as to defendant Lt. Mathis pursuant to Rule 55(a). Plaintiff is forewarned that, if he fails to show cause, request entry of default, or otherwise respond to this Court's Order, the Court will construe such unresponsiveness as evidence of Plaintiff's lack of prosecution of this action, and that such lack of prosecution will constitute a basis to dismiss defendant Lt. Mathis from this action.

Alternatively, Plaintiff may request a voluntarily dismissal of the action against defendant Lt. Mathis without prejudice pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to mail Plaintiff a blank Notice of Dismissal Form, which the Court encourages Plaintiff to use.

**The Court warns Plaintiff that the Court will deem his failure to timely file a response to the Order to Show Cause as consent to the dismissal of defendant Lt. Mathis from this action without prejudice.**

**IT IS SO ORDERED.**