# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.   **CV17-07853-AG (KK)**                                      Date:   **June 13, 2018**

Title:   Anthony Shawn Woods v. City of Los Angeles, et al.

**DOCKET ENTRY**

PRESENT:   **HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                              <u>None</u>
Deputy Clerk                                Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):         ATTORNEYS PRESENT FOR DEFENDANT(S):
   None                                         None

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to the Second Amended Answer filed by all named Defendants on May 9, 2018, Dkt. 49, and Plaintiff's Response to the Order to Show Cause, Dkt. 53, the Court discharges the Order to Show Cause re: Entry of Default, Dkt. 44.   The parties shall comply with the Case Management and Scheduling Order issued on April 20, 2018.   Dkt. 37.

MINUTES FORM 11

CIVIL-GEN