JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHAWN WOODS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>Defendant(s). | Case No. CV 17-7853-AG (KK)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

The Court, having considered the Joint Stipulation filed by the parties on December 6, 2018, approves the stipulation. Therefore, the entire action is hereby dismissed with prejudice, each party to bear its own costs and fees.

Dated: December 10, 2018

HONORABLE ANDREW J. GUILFORD
United States District Judge